

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BENJAMIN DUNN, | § | No. 08-24-00363-CV |
| Appellant, | § | Appeal from the |
| v. | § | 455th Judicial District Court |
| THOMPSON, COE, COUSINS and IRONS, LLP d/b/a THOMPSON COE, | § | of Travis, Texas |
| | § | (TC# D-1-GN-23-008730) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on Appellant's unopposed motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. As the motion was not a joint motion to dismiss signed by all parties, we order that Appellant pay all costs of this appeal, and that this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF JANUARY 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.